**IN THE UNITED STATES DISCTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SPORTFIVE Golf, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sabor Ritmo Festival, LLC, a California limited liability company; Julissa Marcencia, an individual,<br><br>Defendants. | No. CV-24-03635-PHX-JJT<br><br>**JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Sabor Ritmo Festival, LLC and Defendant Julissa Marcencia as follows:

1. A sum certain in the amount of $184,618.98, consisting of:
   a. Principal contractual damages of $164,919.06;
   b. Pre-judgment interest at the rate of 10% under Ariz. Rev. Stat. 44-1201(A)(2), accrued through the date of Plaintiff's motion, for a Total of $19,699.92 in pre-judgment interest;
2. Costs in the amount of $1,403.59;
3. Post-judgment interest under Ariz. Rev. Stat. 44-1201(B) at the rate of 8.50% Accruing from the date of this Judgment until such Judgment is paid in full.

_____
District Court Executive/Clerk of the Court

1