**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SPORTFIVE Golf LLC, | No. CV-24-03635-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Sabor Ritmo Festival LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Rule 60(a) Motion to Correct Clerical Mistake on Judgment (Doc. 18). In this case, there are two defendants. The Judgment issued by the Clerk of Court states that "default judgment is hereby entered against Defendants." (*See* Doc. 17.) Given that there are only two defendants in this case, the Clerk's use of the plural "Defendants" could not possibly refer to any parties except for the two defendants in this case. Nevertheless, Plaintiff requests an amended judgment that applies facially to both defendants in this case. Although it is a stretch to describe the already-entered judgment as containing a "mistake," the Court perceives no reason to deny Plaintiff's request.

**IT IS THEREFORE ORDERED** granting Plaintiff's Rule 60(a) Motion to Correct Clerical Mistake on Judgment (Doc. 18).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter a corrected Judgment in favor of Plaintiff and against **Defendants Sabor Ritmo Festival LLC and Julissa Marcencia** as follows:

1. A sum certain in the amount of $184,618.98, consisting of:

      a. Principal contractual damages of $164,919.06;

      b. Pre-judgment interest at the rate of 10% under Ariz. Rev. Stat. 44-1201(A)(2), accrued through the date of Plaintiff's motion, for a total of $19,699.92 in pre-judgment interest;

2. Costs in the amount of $1,403.59;

3. Post-judgment interest under Ariz. Rev. Stat. 44-1201(B) at the rate of 8.50% accruing from March 12, 2025 until this corrected Judgment is paid in full.

Dated this 24th day of March, 2025.

*(signature)*
Honorable John J. Tuchi
United States District Judge

- 2 -